■ RADON CORPORATION OF AMERICA, INC., Appellant-Respondent, v NATIONAL RADON SAFETY BOARD, Respondent, RADON TESTING CORPORATION OF AMERICA, INC., Respondent-Appellant, and NANCY BREDHOFF et al., Respondents. [9 NYS3d 916]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.

■ ROGER D. CRAIN, Appellant, v BILL E. MANNISE et al., Respondents. WILLIAM E. MANNISE et al., Third-Party Plaintiffs, v MICHAEL ARCURI, Third-Party Defendant. [9 NYS3d 917]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY GILLARD, Appellant. [9 NYS3d 917]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN P. BRAHNEY, Appellant. (Appeal No. 1.) [9 NYS3d 918]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN P. BRAHNEY, Appellant. (Appeal No. 2.) [9 NYS3d 918]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ ADAM VILLAR, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 1.) [9 NYS3d 918]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ ADAM VILLAR, Appellant, v TIMOTHY B. HOWARD, Respondent. (Appeal No. 2.) [9 NYS3d 919]—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL JONES, Appellant. [9 NYS3d 919]—Motion for reargument denied. Present—Smith, J.P., Carni, Valentino and Whalen, JJ.

■ In the Matter of the Estate of MAGDA CORDELL MCHALE, Deceased. DENISE KELLEHER, Respondent; EVAN MCHALE, Appellant, et al., Respondents. [9 NYS3d 919]—Motion for re-